# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Foundation #1 |
| 4. | Director-Inactive | Music Bridges Internatinal Inc |
| 5. | Advisory Council | Ohio State University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | CSG Systems Inc-Director Fee |
| 2. 2013 | Kohl's Department Stores Inc-Director Fee |
| 3. 2013 | Tailwind Capital Group-Managing Director |
| 4. 2013 | Safe Bulkers Inc -Director Fee |
| 5. 2013 | Jet Blue Airways Corp-Director Fee |
| 6. 2013 | Menemsha Capital Partners-Ltd-Employee |
| 7. 2013 | Linx Partners LLC_Director Fee |
| 8. 2013 | Morgan Stanley-Pension Income |
| 9. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

3. _____ _____ _____ _____ _____

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Internal Revenue Service | Federal Income Taxes | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. Kohl's Corp. Com (IRA) | E | Dividend | O | T | | | | | |
| 3. Thornberg Value Fund Class A Mut Fd. (IRA) | B | Dividend | O | T | | | | | |
| 4. Morgan Stanley Venture Investors III LP (IRA) | | None | K | U | | | | | |
| 5. Kohl's Corp Com (Trust #2) | D | Dividend | M | T | | | | | |
| 6. Morgan Stanley Venture Investors III LP | | None | K | U | | | | | |
| 7. Skyline Venture Partners,L.P. | C | Distribution | L | U | Sold (part) | 07/25/13 | J | | See Note # 1 |
| 8. MSCP III L.P. | | None | J | U | | | | | |
| 9. ____,MA(1998 300,0000) | | None | N | R | | | | | |
| 10. ____ MA (1998 300,000) | | None | N | R | | | | | |
| 11. Northwestern Mututal Life | | None | K | T | | | | | |
| 12. EVILCO Life Insurnace (Trust # 1) | | None | J | T | | | | | |
| 13. Northwestern Mututal Life (Trust#1) | | None | N | T | | | | | |
| 14. Northwestern Mututal Life(Trust #1) | | None | M | T | | | | | |
| 15. Madison National Life Ins(Trust # 1) | A | Interest | N | T | | | | | |
| 16. Passport Money Market Fund (IRA) | | None | | | Closed | 01/01/13 | J | | |
| 17. CSG Systems International Inc.Com | | None | O | T | Buy (add'l) | 08/23/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 19. Skyline Venture Partners Qualified Purchase Fund II | | None | L | U | | | | | |
| 20. Trident Capital Fund-IV LP | E | Distribution | J | U | Sold (part) | 09/23/13 | J | | See Note # 1 |
| 21. | | | | | Sold (part) | 12/19/13 | J | | |
| 22. Sentinel Capital Partners II LP | E | Distribution | | | Sold | 08/19/13 | L | | See Note # 1 |
| 23. Summit Mariner LLC/JP Morgan Checking | A | Interest | K | T | | | | | |
| 24. Rental # 1 /JPMorgan Checking | | None | J | T | | | | | |
| 25. Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | P1 | R | | | | | |
| 26. Rental # 2/JP Morgan -Checking | A | Interest | J | T | | | | | |
| 27. JP Morgan(Checking)- | | None | L | T | | | | | |
| 28. Andex Resources LLC | | None | J | U | Sold (part) | 10/03/13 | K | | |
| 29. Vacant Land ▓▓▓ MA (1999 $ 425,000 ) | | None | N | R | | | | | |
| 30. Trident Capital Fund V LP | E | Distribution | O | U | Sold (part) | 09/24/13 | K | | See Note # 1 |
| 31. Linx Partners (Q) LP | G | Distribution | P1 | U | Sold (part) | 06/06/13 | M | | See Note # 1 |
| 32. | | | | | Sold (part) | 12/31/13 | P1 | | |
| 33. Grove Capital Commitment Partners LP | | None | M | U | | | | | |
| 34. ▓▓▓ Golf Partners LLC | | None | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Silvaris Corp Preferred B | | None | M | U | Sold (part) | 02/08/13 | L | | |
| 36. JP Morgan (Checking) | A | Interest | P1 | T | | | | | |
| 37. Oneida Cnty NY 6.25% due 06/15 | E | Interest | M | T | Sold (part) | 06/03/13 | K | | |
| 38. | | | | | Sold (part) | 12/02/13 | L | | |
| 39. JK & B Capital IV QIP LP | | None | N | U | Sold (part) | 04/18/13 | K | | |
| 40. | | | | | Distributed (part) | 01/16/13 | K | | See Note # 5 to line # 329 |
| 41. | | | | | Distributed (part) | 01/22/13 | L | | See Note # 5 to line # 327 |
| 42. Perseus Biopharmaceutical Investor LP | | None | N | U | Sold (part) | 06/13/13 | K | | |
| 43. | | | | | Sold (part) | 12/03/13 | K | | |
| 44. Skyline Venture Partners Qualified Purchaser Fund III LP | | None | M | U | Sold (part) | 07/25/13 | K | | |
| 45. Towerbrook Private Equity Partners II LP | | None | J | U | | | | | |
| 46. SPEP Limited Partners LLC | | None | P1 | U | Sold (part) | 12/27/13 | N | | |
| 47. Grove II LP | | None | J | U | | | | | |
| 48. Tactics II Venture LP | | None | | | Distributed | 01/02/13 | O | | See Note # 7 to Line # 384 |
| 49. JP Morgan Checking(Foundation #1) | A | Interest | J | T | | | | | |
| 50. MM Community Funding III Sub Note | | None | | | Closed | 12/31/13 | | | See Note # 3 |
| 51. OR Music LLC | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. SFM Participation LP(Y) | | | | | | | | | |
| 53. Capital Income Builders Fd Cl A(IRA) | C | Dividend | M | T | | | | | |
| 54. Kinderhook Capital I LP | E | Distribution | P1 | U | Buy (add'l) | 02/01/13 | J | | See Note # 1 |
| 55. | | | | | Sold (part) | 02/01/13 | N | | |
| 56. Capital World Grth & Income Fd Cl A(IRA) | C | Dividend | M | T | | | | | |
| 57. JP Morgan Tax Free MM Premier Sweep | A | Interest | N | T | | | | | |
| 58. Menemsha Captial Partners Ltd | | None | K | U | | | | | See Note # 2 |
| 59. Camulos Partners LP | | None | | | Sold | 07/29/13 | J | | |
| 60. Capital SLI Group LLC | | None | J | U | | | | | |
| 61. CGI Partners,LP | | None | P2 | U | Buy (add'l) | 06/13/13 | M | | |
| 62. | | | | | Buy (add'l) | 12/16/13 | K | | |
| 63. | | | | | Sold (part) | 12/16/13 | O | | |
| 64. Micell Technologies Inc.(Com) | | None | K | U | | | | | |
| 65. Linx Partners II LP | G | Distribution | P1 | U | Sold (part) | 01/16/13 | P1 | | See Note # 1 |
| 66. | | | | | Sold (part) | 03/29/13 | L | | |
| 67. | | | | | Sold (part) | 05/31/13 | K | | |
| 68. | | | | | Sold (part) | 10/16/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/18/13 | N | | |
| 70. Lone Cypress Company Ltd | G | Distribution | P1 | U | Sold (part) | 06/27/13 | M | | See Note # 1 |
| 71. Sentinel Capital Investors III LP | G | Distribution | N | U | Sold (part) | 06/28/13 | J | | See Note # 1 |
| 72. | | | | | Sold (part) | 07/29/13 | K | | |
| 73. | | | | | Sold (part) | 11/18/13 | J | | |
| 74. | | | | | Sold (part) | 12/04/13 | M | | |
| 75. SFM Participation II LP | H1 | Distribution | P2 | U | Buy (add'l) | 05/13/13 | M | | See Note # 1 |
| 76. | | | | | Buy (add'l) | 11/20/13 | M | | |
| 77. | | | | | Sold (part) | 01/23/13 | M | | |
| 78. | | | | | Sold (part) | 02/01/13 | K | | |
| 79. | | | | | Sold (part) | 08/28/13 | K | | |
| 80. | | | | | Sold (part) | 11/04/13 | L | | |
| 81. | | | | | Sold (part) | 11/20/13 | P1 | | |
| 82. North Salem Acquisition & Development Fund 2005 LP | E | Distribution | J | U | | | | | See Note # 1 |
| 83. Thornburg Core Growth Cl A (IRA) | | None | N | T | | | | | |
| 84. Jetblue (Com) | | None | O | T | | | | | |
| 85. 383-391 West 12th St LLC | | None | J | U | Buy (add'l) | 02/14/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/30/13 | P1 | | |
| 87. | | | | | Sold (part) | 11/08/13 | N | | |
| 88. Aisling Capital II LP | | None | P1 | U | Buy (add'l) | 02/04/13 | K | | |
| 89. | | | | | Buy (add'l) | 04/08/13 | K | | |
| 90. | | | | | Buy (add'l) | 07/30/13 | L | | |
| 91. | | | | | Buy (add'l) | 10/22/13 | K | | |
| 92. | | | | | Sold (part) | 07/30/13 | M | | |
| 93. By The Way Productions LLC | | None | J | U | | | | | |
| 94. J K & B Capital V LP | | None | P1 | U | Buy (add'l) | 09/11/13 | K | | |
| 95. | | | | | Buy (add'l) | 09/23/13 | K | | |
| 96. | | | | | Buy (add'l) | 11/04/13 | L | | |
| 97. | | | | | Sold (part) | 01/10/13 | L | | |
| 98. | | | | | Sold (part) | 04/18/13 | K | | |
| 99. SEEF II LP | | None | P1 | U | | | | | |
| 100. Towerbrook Investors II Executive Fund LP | F | Distribution | P1 | U | | | | | See Note # 1 |
| 101. Trident VI LP | D | Distribution | N | U | Sold (part) | 03/15/13 | K | | See Note # 1 |
| 102. Kinderhook Capital Fund II LP | G | Distribution | P2 | U | Buy (add'l) | 09/18/13 | M | | See Note # 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/03/13 | O | | |
| 104. Kohls Corp (Com). | E | Dividend | O | T | Buy (add'l) | 05/13/13 | K | | |
| 105. | | | | | Buy (add'l) | 10/01/13 | M | | |
| 106. | | | | | Sold (part) | 10/01/13 | M | | |
| 107. KPB Partners LP | A | Interest | P1 | U | | | | | |
| 108. --App Orchard LLC | | None | | | Buy | 12/16/13 | N | | |
| 109. --App Orchard LLC-Note | | None | | | Buy | 12/16/13 | N | | |
| 110. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 111. Thornburg Global Opportunity Cl 1 | A | Dividend | L | T | | | | | |
| 112. Thornburg CRE GWT 1 (Trust # 2) | | None | L | T | | | | | |
| 113. Morgan Stanley Bank (Savings) | A | Interest | J | T | | | | | |
| 114. Thornburg CRE GWT (IRA) | | None | N | T | Buy (add'l) | 09/13/13 | O | | |
| 115. Inavein LLC | | None | J | U | | | | | |
| 116. Ironwood Management Partners Fund II LP | F | Distribution | O | U | Buy (add'l) | 01/07/13 | K | | See Note # 1 |
| 117. | | | | | Sold (part) | 01/08/13 | M | | |
| 118. | | | | | Buy (add'l) | 04/01/13 | M | | |
| 119. | | | | | Buy (add'l) | 08/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/20/13 | N | | |
| 121. Linx-Cimarron Energy Co-Invest, LLC | E | Distribution | K | U | Sold (part) | 04/08/13 | J | | See Note # 1 |
| 122. | | | | | Sold (part) | 12/06/13 | K | | |
| 123. RGI Partners II B LP | F | Distribution | P1 | U | | | | | See Note # 1 |
| 124. RGI Partners Ltd | | None | P1 | U | Buy (add'l) | 05/31/13 | N | | |
| 125. | | | | | Buy (add'l) | 12/18/13 | N | | |
| 126. | | | | | Sold (part) | 12/18/13 | M | | |
| 127. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 128. SC Capital (P) LP | | None | P1 | U | Buy (add'l) | 04/09/13 | J | | |
| 129. | | | | | Buy (add'l) | 07/08/13 | K | | |
| 130. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 131. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 132. Tailwind Capital Partners LP | H1 | Distribution | P2 | U | Buy (add'l) | 06/25/13 | M | | See Note # 1 & Note #4 |
| 133. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 134. | | | | | Buy (add'l) | 10/21/13 | M | | |
| 135. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 136. | | | | | Sold (part) | 01/23/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 03/26/13 | K | | |
| 138. | | | | | Sold (part) | 05/10/13 | L | | |
| 139. | | | | | Sold (part) | 06/25/13 | L | | |
| 140. | | | | | Sold (part) | 09/25/13 | N | | |
| 141. | | | | | Sold (part) | 10/21/13 | K | | |
| 142. Tailwind Management LP | | None | P1 | U | | | | | |
| 143. Tailwind Capital Partners (GP) LP | G | Distribution | P1 | U | Buy (add'l) | 01/28/13 | O | | See Note # 1 & Note # 4 |
| 144. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 145. | | | | | Buy (add'l) | 10/21/13 | N | | |
| 146. | | | | | Sold (part) | 01/28/13 | P1 | | |
| 147. | | | | | Sold (part) | 06/26/13 | O | | |
| 148. | | | | | Sold (part) | 09/26/13 | O | | |
| 149. | | | | | Sold (part) | 10/21/13 | M | | |
| 150. --Apex Companies LLC | | None | | | | | | | See Note #4 |
| 151. -- Transit Wireless LLC | | None | | | | | | | See Note #4 |
| 152. --Hamilton State Bancshares Inc | | None | | | | | | | See Note #4 |
| 153. --Oceus Networks Inc. | | None | | | | | | | See Note # 4 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Nautilus Neurosciences Inc | | None | | | | | | | See Note #4 |
| 155. --Optimal Solutions Integration,Inc | | None | | | Sold | 12/31/13 | O | | See Note #4 |
| 156. --Versapharm | | None | | | | | | | See Note #4 |
| 157. --Cumberland Consulting Group LLC | | None | | | | | | | See Note #4 |
| 158. --RE Transportation Inc | | None | | | | | | | See Note #4 |
| 159. --West Texas Plastics /N/C Brawler Industrial Fabrics | | None | | | | | | | See Note #4 |
| 160. --Northeast Comm of Wisconsin Inc | | None | | | | | | | See Note # 4 |
| 161. Camulos Special Situations Fund LP | | None | | | Closed | 12/31/13 | | | See Note # 3 |
| 162. Wall Street Sources Inc(Com) | | None | | | Sold | 06/28/13 | J | | |
| 163. Navagate Inc (Promissory Note) | | None | P1 | T | | | | | |
| 164. Omnilink Systems Inc (Ser B Preferred Stock) | | None | P1 | U | | | | | |
| 165. American Home Food Products Inc (Com) | | None | N | U | | | | | |
| 166. Perseus Soros Partners | | None | M | T | Sold (part) | 06/13/13 | K | | |
| 167. | | | | | Sold (part) | 12/03/13 | J | | |
| 168. Syndicate Holdings Corp(Com) | | None | N | U | Sold (part) | 12/24/13 | L | | |
| 169. NYS Dorm 5.75 Due 7/1/13 | E | Interest | | | Redeemed | 07/01/13 | N | | |
| 170. City of NY Health & Hosp 4 % Due 2/15/13 | D | Interest | | | Redeemed | 02/15/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. NYS Mtg Agency 5 % Due 10/1/17 | C | Interest | | | Sold | 11/15/13 | L | | |
| 172. State of NY Dorm 4.125 % Due 4/1/13 | D | Interest | | | Redeemed | 04/01/13 | N | | |
| 173. Perseus Soros BioPharmaceutical Fund LP | | None | J | U | Sold (part) | 06/13/13 | J | | |
| 174. | | | | | Sold (part) | 12/03/13 | J | | |
| 175. Safe Bulkers Inc(Com) | D | Dividend | N | T | Buy (add'l) | 01/02/13 | K | | |
| 176. | | | | | Buy (add'l) | 04/02/13 | K | | |
| 177. | | | | | Buy (add'l) | 07/02/13 | K | | |
| 178. | | | | | Buy (add'l) | 10/02/13 | K | | |
| 179. 383-391 West 12th Street LLC(Working Capital Loan) | | None | | | Redeemed | 11/08/13 | M | | |
| 180. Artisanal Cheese LLC(Bridge Loan) | | None | N | T | | | | | |
| 181. Nassau Point Partners I LP | | None | J | U | | | | | |
| 182. Nassau Point Partners II LP | | None | | | Closed | 12/31/13 | | | See Note # 3 |
| 183. Camulos BioEnergy Debt Holdings LLC | | None | J | U | | | | | |
| 184. Camulos BioEnergy Partners LLC | | None | J | U | | | | | |
| 185. Camulos Fountain Hills Partners LLC | | None | J | U | | | | | |
| 186. Camulos Gateway HI Partners LLC | | None | J | U | | | | | |
| 187. Camulos Gateway RH Partners LLC | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Asling Investors III LP | G | Distribution | O | U | Buy (add'l) | 05/03/13 | L | | See Note # 1 |
| 189. | | | | | Buy (add'l) | 07/03/13 | L | | |
| 190. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 191. | | | | | Sold (part) | 05/03/13 | K | | |
| 192. | | | | | Sold (part) | 07/03/13 | L | | |
| 193. | | | | | Sold (part) | 09/27/13 | K | | |
| 194. Eastern Growth Capital I LP | E | Distribution | N | U | Sold (part) | 09/03/13 | N | | See Note # 1 |
| 195. Eastern Growth Capital II LP | | None | N | U | Sold (part) | 09/03/13 | N | | |
| 196. | | | | | Sold (part) | 12/19/13 | K | | |
| 197. Eastern Growth Capital II LP(IRA) | | None | O | U | Sold (part) | 09/03/13 | L | | |
| 198. | | | | | Sold (part) | 12/19/13 | L | | |
| 199. Linx-Metaltech Co Investment LLC | D | Interest | M | U | Sold (part) | 03/19/13 | J | | |
| 200. | | | | | Sold (part) | 06/13/13 | J | | |
| 201. | | | | | Sold (part) | 09/12/13 | J | | |
| 202. | | | | | Sold (part) | 12/06/13 | J | | |
| 203. Olympus Capital Asia IV LP | | None | P1 | U | Buy (add'l) | 05/17/13 | L | | |
| 204. | | | | | Buy (add'l) | 06/24/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/08/13 | M | | |
| 206. | | | | | Sold (part) | 10/08/13 | K | | |
| 207. UBS RMA Tax Free (MM) | A | Interest | K | T | | | | | |
| 208. Safe Bulkers Inc (Com)(IRA) | D | Dividend | N | T | | | | | |
| 209. Towerbrok Investors III Executive Fund LP | | None | O | U | Buy (add'l) | 08/19/13 | M | | |
| 210. Tactics II Stem Cell Ventures QP LP | | None | | | Distributed | 01/02/13 | P1 | | See Note # 7 To line 382 |
| 211. Cellular Dynamics International Inc(Pref A) | | None | | | Distributed | 01/02/13 | L | | See Note # 7 To line 381 |
| 212. Inves Van Kampen Equities (401K) | | None | J | T | | | | | |
| 213. Thornburg Intl Val Fd R#(401k) | | None | M | T | Buy (add'l) | 04/02/13 | K | | |
| 214. Vanguard Interm Corp FD(Foundation # 1) | C | Dividend | | | Sold | 06/12/13 | M | B | |
| 215. Morgan Stanley Bank(Saving )(Foundation # 1) | A | Interest | K | T | | | | | |
| 216. NYS Dormitory 4 % due 10/1/15 | E | Interest | O | T | | | | | |
| 217. NYS Dormitory 5.25 due 8/15/15 | E | Interest | N | T | Sold (part) | 02/15/13 | J | | |
| 218. | | | | | Sold (part) | 08/15/13 | J | | |
| 219. NYS Dormitory 5.5 due 7/1/16 | E | Interest | | | Sold | 07/01/13 | O | | |
| 220. Morgan Stanley Bank (Trust # 2) | A | Interest | K | T | | | | | |
| 221. First Republic Bank( Checking)(Trust # 2) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. First Republic Bank (Checking) | A | Interest | M | T | | | | | |
| 223. The West Africa Fund LP | | None | O | T | | | | | |
| 224. NuCana Biomed Ltd (Ordinary Shares) (IRA) | | None | P1 | T | | | | | |
| 225. Cookstr LLC(Convertible Unsecured Promissory Note)N/C Yumsing LLC | | None | N | T | Sold (part) | 12/31/13 | L | | |
| 226. Cordia Bancorp Ser B(Com)(IRA) | | None | K | T | | | | | |
| 227. ConnectEdu Inc(Com)(IRA) | | None | M | T | Buy (add'l) | 05/23/13 | K | | |
| 228. | | | | | Buy (add'l) | 09/20/13 | K | | |
| 229. Michael Walsdorf- (Personal Loan-Note Receivable) | G | Interest | M | T | Redeemed (part) | 08/30/13 | P1 | | |
| 230. MV Beach Stret Realty(Mortgage Note) | E | Interest | O | T | | | | | |
| 231. Beryllium LLC | | None | J | U | | | | | |
| 232. Kinderhook Capital Fund III LP | F | Distribution | O | U | Buy (add'l) | 03/18/13 | M | | See Note #1 |
| 233. | | | | | Buy (add'l) | 11/20/13 | L | | |
| 234. | | | | | Sold (part) | 04/08/13 | M | | |
| 235. | | | | | Sold (part) | 06/06/13 | M | | |
| 236. Omnlink Systems Inc(Bridge Loan) | | None | M | T | | | | | |
| 237. NYS Dormitory 5.25 due 5/15/15 | E | Interest | N | T | | | | | |
| 238. Nuclea Biotechnologies Inc-Convertible Note | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Cordia Bancorp Inc Ser B (Com) | | None | N | T | | | | | |
| 240. ConnectEDU Ser D (Com) | | None | M | T | Buy (add'l) | 04/26/13 | J | | |
| 241. Rapid Ratings International Inc (Com) | | None | P1 | T | Buy (add'l) | 01/31/13 | L | | |
| 242. | | | | | Buy (add'l) | 03/11/13 | M | | |
| 243. | | | | | Buy (add'l) | 04/17/13 | N | | |
| 244. | | | | | Buy (add'l) | 08/15/13 | N | | |
| 245. West 12th Street Manager LLC | | None | J | U | | | | | |
| 246. Parkstone Capital Partners LLC | F | Distribution | M | U | Sold (part) | 10/15/13 | L | | See Note # 1 |
| 247. Lone Peak Partners Fund LP | E | Distribution | P1 | U | Sold (part) | 10/21/13 | L | | See Note # 1 |
| 248. UBS Bank USA Dep MM (IRA) | A | Interest | M | T | | | | | |
| 249. Thornburg Core Growth A (Trust # 2) | | None | K | T | | | | | |
| 250. NYS Dorm 5.625 % due 6/1/16 | E | Interest | O | T | Sold (part) | 07/01/13 | J | | |
| 251. NYS Dorm 5.25 % due 11/15/23 | C | Interest | | | Sold | 01/02/13 | L | | |
| 252. NYS Dorm 5.25 % due 1/1/13 | C | Interest | | | Redeemed | 01/02/13 | M | | |
| 253. NYS Dorm 5.25 % due 2/15/13 | D | Interest | | | Redeemed | 02/15/13 | N | | |
| 254. Tailwind Capital Group LLC | B | Distribution | K | U | | | | | See Note # 1 |
| 255. Emerald Biostructures Inc.(Loan) | D | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Empowered World Ventures LLC(Preferred A) | | None | M | T | | | | | |
| 257. CSL Energy opportunity Fd I LP | | None | O | U | Buy (add'l) | 01/07/13 | K | | |
| 258. | | | | | Buy (add'l) | 04/01/13 | K | | |
| 259. | | | | | Buy (add'l) | 05/08/13 | L | | |
| 260. | | | | | Buy (add'l) | 12/23/13 | K | | |
| 261. | | | | | Sold (part) | 05/08/13 | M | | |
| 262. CSL Europe Energy Services LP | | None | M | U | Buy (add'l) | 04/16/13 | J | | |
| 263. KCM Long Only Fund LP | G | Distribution | | | Sold (part) | 09/23/13 | P1 | | See Note # 1 |
| 264. | | | | | Sold | 12/17/13 | L | | |
| 265. Parkstone Capital Partners II LP | G | Distribution | P1 | U | Sold (part) | 04/24/13 | M | | See Note # 1 |
| 266. | | | | | Sold (part) | 10/16/13 | N | | |
| 267. Tactics II CDI Ser B (Pfd) | | None | | | Distributed | 01/02/13 | O | | See Note # 7 To line 380 |
| 268. Highland Investment Group LLC | | None | J | U | | | | | |
| 269. Peaks Capital Partners LLC (Promissory Note) | | None | M | T | | | | | |
| 270. Syracuse NY Ind Dev 3.0 5/11/13 | D | Interest | | | Redeemed | 05/01/13 | O | | |
| 271. NYS auth Rev Nonst 5 % 10/1/14 | E | Interest | O | T | | | | | |
| 272. NYS Energy Res & Dev 2.25 % 12/1/15 | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Patchogue Hetford NY Un 4.25 10/1/15 | E | Interest | O | T | | | | | |
| 274. Artiman Venture Fund LP | D | Distribution | M | U | Distributed (part) | 09/19/13 | K | | See Notse # 1,& 5- To 331 |
| 275. Inavien LLC(Promissory Note) | E | Interest | | | Redeemed | 09/03/13 | N | | |
| 276. Vocalocity Inc (Ser -B-1) | | None | | | Distributed (part) | 11/18/13 | N | | See Note # 8 |
| 277. | | | | | Sold | 11/15/13 | P1 | H1 | |
| 278. EOS Sleep Management LLC | | None | O | U | | | | | |
| 279. SRD Systems Inc (Preferred Stock) | | None | | | Sold | 09/24/13 | J | | |
| 280. SRD Systems Inc (Promossory Note)) | | None | | | Sold | 09/24/13 | J | | |
| 281. OD Funding Partners LLC | | None | M | U | | | | | |
| 282. Prollie Inc (Preferred St) | | None | K | T | Buy (add'l) | 04/25/13 | K | | |
| 283. Nextremity Solutions LLC | | None | P1 | U | Buy (add'l) | 03/04/13 | N | | |
| 284. Linx-Ad Co-Invest LLC | D | Interest | N | U | Sold (part) | 11/18/13 | L | | |
| 285. | | | | | Sold (part) | 12/31/13 | J | | |
| 286. Collision Funding Partners LLC | A | Distribution | M | U | | | | | See Note # 1 |
| 287. Clean Pool & Services LLC | | None | | | Buy (add'l) | 01/07/13 | K | | See Note # 3 |
| 288. | | | | | Buy (add'l) | 06/10/13 | K | | |
| 289. | | | | | Buy (add'l) | 08/06/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 291. | | | | | Closed | 12/31/13 | | | |
| 292. Tactics II CDI Series B Investors III LLC | None | | | | Distributed | 01/02/13 | O | | See Note #7 To line 383 |
| 293. adTheorent Inc Convertible Promissory Note) | None | K | T | | | | | | |
| 294. 4DK Technology Inc (Ser B) | None | P1 | T | | Buy (add'l) | 01/07/13 | M | | |
| 295. | | | | | Buy (add'l) | 03/11/13 | N | | |
| 296. | | | | | Buy (add'l) | 07/09/13 | N | | |
| 297. | | | | | Buy (add'l) | 10/03/13 | M | | |
| 298. Double Dog Dare MediaLLC (Convertible Promissory Note) | None | J | T | | | | | | |
| 299. Figue Holdings LLC (Promissory Note) | None | M | T | | | | | | |
| 300. Jonathan Kully (Personal Loan-Notes Receivable) | None | N | T | | | | | | |
| 301. JustFamily.Com,Inc(.Preferred Stock) | None | N | T | | Buy (add'l) | 04/01/13 | L | | |
| 302. Kenesto Corp (Preferred C) | None | O | T | | Buy (add'l) | 01/07/13 | L | | |
| 303. | | | | | Buy (add'l) | 03/04/13 | L | | |
| 304. | | | | | Buy (add'l) | 06/25/13 | L | | |
| 305. | | | | | Buy (add'l) | 07/25/13 | L | | |
| 306. | | | | | Buy (add'l) | 10/28/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. MogilityCapital Fund LP | | None | M | U | | | | | |
| 308. OpenFin Inc.(Preferred Stock) | | None | M | T | | | | | |
| 309. Remedy Pharmaceuticals Inc | | None | O | T | | | | | |
| 310. Tyrogenex Inc.(Ser B Convertible Preferred) | | None | K | T | | | | | |
| 311. XCovery Holdings LLC | | None | K | U | | | | | |
| 312. NYS Dorm 4 % Due 7/1/16 | D | Interest | N | T | | | | | |
| 313. NYS Mtg Auth 1.2 % Due 4/1/16 | C | Interest | N | T | | | | | |
| 314. NYS Dorm 4 % Due 7/1/17 | A | Interest | O | T | | | | | |
| 315. Monroe County NY 4 % Due 6/1/15 | E | Interest | O | T | | | | | |
| 316. NYS Muni Bd Bank 5% Due 2/15/14 | E | Interest | N | T | | | | | |
| 317. NYS Mtg 5 % Due 11/1/16 | D | Interest | N | T | | | | | |
| 318. Batavia NY 4% Due 3/1/17 | E | Interest | O | T | | | | | |
| 319. Dryden NY Cent School 4%Due 6/15/16 | D | Interest | N | T | | | | | |
| 320. NY NY 5 % Due 9/1/13 | E | Interest | | | Redeemed | 09/03/13 | N | | |
| 321. Rochester NY Unliited Tax 3.25% Due 2/1/16 | C | Interest | M | T | | | | | |
| 322. NYS Muni Bd 5 % Due 5/15/16 | E | Interest | O | T | | | | | |
| 323. NYS Mtg 2 % Due 4/1/16 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Hampton Bay NY 4%Due 9/15/13 | D | Interest | | | Redeemed | 09/16/13 | M | | |
| 325. Buffalo NY 3% Due 12/1/13 | E | Interest | | | Redeemed | 12/02/13 | O | | |
| 326. East Rochester NY 3 % Due 10/20/15 | D | Interest | N | T | | | | | |
| 327. E2 Open Inc (Com) | | None | | | Spinoff (from line 41) | 01/22/13 | L | | See Note # 6 |
| 328. | | | | | Donated | | | | |
| 329. Splunk Inc (Com) | | None | | | Spinoff (from line 40) | 01/16/13 | K | | See Note # 6 |
| 330. | | | | | Donated | | | | |
| 331. Invensense (Com) | | None | | | Spinoff (from line 274) | 09/16/13 | K | | See Note # 6 |
| 332. | | | | | Donated | | | | |
| 333. Boulder DiagnosticInc (Preferred) | | None | N | T | Buy | 07/29/13 | N | | |
| 334. Cardflight Inc (Preferred) | | None | L | T | Buy | 06/26/13 | L | | |
| 335. Fenway HTM Partners LLC | | None | O | U | Buy | 12/16/13 | N | | |
| 336. | | | | | Buy (add'l) | 12/23/13 | M | | |
| 337. FunnelFire Inc (ConvPromissory Note) | | None | K | T | Buy | 08/06/13 | K | | |
| 338. Gain Fitness Inc(Com) | | None | L | T | Buy | 11/21/13 | L | | |
| 339. CMNet Inc (D/B/A iSeek Corp) Ser C (Preferred) | | None | N | T | Buy | 07/17/13 | N | | |
| 340. Linx RE-Co-Invest LLC | B | Interest | M | U | Buy | 09/30/13 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Linx III LP | C | Distribution | O | U | Buy | 09/23/13 | O | | |
| 342. | | | | | Sold (part) | 11/18/13 | L | | |
| 343. Monaeo Inc(Conv. Promissory Note) | | None | M | T | Buy | 04/01/13 | M | | |
| 344. Moolagram Inc (Ser A1 Preferred ) | | None | M | T | Buy | 12/31/13 | M | | |
| 345. One Up Games LLC(Note ) | | None | N | T | Buy | 12/17/13 | N | | |
| 346. Romulus Capital II US Feeder LP | | None | M | U | Buy | 12/23/13 | M | | |
| 347. Storypanda Enterprises Inc(Conv Promissory Note) | | None | K | T | Buy | 12/02/13 | K | | |
| 348. Tengrade Inc (Preferred) | | None | M | T | Buy | 05/23/13 | M | | |
| 349. Linx-Grammer Co LLC | | None | N | U | Buy | 01/01/13 | N | | |
| 350. | | | | | Sold (part) | 03/15/13 | J | | |
| 351. | | | | | Sold (part) | 05/10/13 | J | | |
| 352. | | | | | Sold (part) | 08/26/13 | J | | |
| 353. | | | | | Sold (part) | 10/02/13 | K | | |
| 354. | | | | | Sold (part) | 12/06/13 | J | | |
| 355. NYS Dorm 4% Due 5/15/17 | C | Interest | M | T | Buy | 01/31/13 | M | | |
| 356. State of NY Thruway 4 % Due 3/15/15 | B | Interest | M | T | Buy | 02/07/13 | M | | |
| 357. Triborough Bridge 5 1/4 % Due 11/15/14 | C | Interest | M | T | Buy | 02/15/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  NYS Urban Dev 5% Due 1/1/14 | D | Interest | N | T | Buy | 02/21/13 | N | | |
| 359.  State of NY Dorm 5 % Due 7/1/16 | D | Interest | N | T | Buy | 02/21/13 | N | | |
| 360. | | | | | Buy (add'l) | 03/14/13 | K | | |
| 361.  Lake Placid NY 5 % Due 6/15/16 | D | Interest | N | T | Buy | 02/28/13 | N | | |
| 362.  Onondaga Cnty NY TR Cult 5 % Due 12/1/15 | D | Interest | M | T | Buy | 04/16/13 | M | | |
| 363.  MTA Rev BD 5.5 % Due 1/1/15 | B | Interest | O | T | Buy | 05/29/13 | O | | |
| 364.  West Seneca NY 4 % Due 11/15/17 | | None | O | T | Buy | 11/13/13 | O | | |
| 365.  NY NY Ser C 5 % Due 8/1/17 | | None | O | T | Buy | 12/04/13 | O | | |
| 366.  State of NY Dorm 3 % Due 3/1/15 | | None | N | T | Buy | 12/05/13 | N | | |
| 367.  Tarrytown NY 4 % 4 % Due 5/1/18 | | None | O | T | Buy | 12/12/13 | O | | |
| 368.  Tailwind Capital Partners II LP | | None | P1 | U | Buy | 11/11/13 | P1 | | |
| 369.  Uniserv LLC | | None | M | U | Buy | 08/28/13 | M | | |
| 370.  Trust # 4 | F | Int./Div. | P1 | T | | | | | See Note # 7 |
| 371.  --Safebulkers Inc Ser B 8 % Preferred | | | | | Buy | 06/06/13 | N | | |
| 372.  --Principal Global Diversified Income Fd Cl A | | | | | Buy | 03/07/13 | N | | |
| 373.  --Thornburg Income Builders Cl 1 | | | | | Buy | 03/19/13 | N | | |
| 374. | | | | | Buy (add'l) | 10/10/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | | | | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --UBS Bank USA Dep Account | | | | | Buy | 08/01/13 | J | | |
| 376. --JP Morgan Checking | | | | | Open | 01/02/13 | | | |
| 377. --Nextremity Solutions Inc (Conv Promissory Note ) | | | | | Buy | 01/07/13 | N | | |
| 378. --EOS Sleep Management LLC | | | | | Buy | 03/04/13 | N | | |
| 379. Trust # 3 | None | P1 | U | | | | | | See Note # 7 |
| 380. --Tactics II Ser B Preferred | | | | | Spinoff (from line 267) | 01/02/13 | O | | |
| 381. --Cellular Dynamics International Inc (Preferred A) | | | | | Spinoff (from line 211) | 01/02/13 | L | | |
| 382. --Tactics II Stem Cell Ventures QP LP | | | | | Spinoff (from line 210) | 01/02/13 | P1 | | |
| 383. --Tactics II CDI Servies B Investors III LLC | | | | | Spinoff (from line 292) | 01/02/13 | O | | |
| 384. --Tactics II Venture LP | | | | | Spinoff (from line 48) | 01/02/13 | O | | |
| 385. Tailwind Capital Partners II (GP)LP | None | M | U | | Buy | 11/11/13 | O | | |
| 386. Island Air LLC | None | M | U | | Buy | 01/02/13 | M | | |
| 387. Vonage Holdings Corp(Com) | None | N | T | | Spinoff (from line 276) | 11/18/13 | N | | See Note # 8 |
| 388. The Yard (Promissory Note) | D | Interest | L | T | Buy | 01/02/13 | L | | |
| 389. RGI Partners B LP | None | L | U | | Buy | 01/02/13 | L | | |
| 390. | | | | | | | | | |
| 391. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII ,
Item #' 7,20,22,30,31,54,65,70,71,75,82,100,101,102,116,121,123,132,188,194,232,246,247,254,263,265,274,286

The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income indicated on schedule K-1 received from the partnership.

Note # 2
Explanation Section VII
Item # 58
Menemsha Capital Partners Ltd is a Sub-chapter S corporation owned 100% by Judge McMahon's ▮

Note # 3
Explanation Section VII
Item # 50,161,182,287
These investments are worthless as of December 31, 2013. The assets are listed as "Closed" in Column D(1). The date in Column D(2) is December 31, 2013. The value in Column D(3) is blank since no value was derived from the worthless investment.

Note # 4
Explanation Section VII
Item # 132-141,143-160

The Judge's ▮ is a Managing partner of Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP . The partnerships have ownership interests in the companies listed.The costs of the ownership interests are included in the Gross value at the end of the reporting period indicated on line # 132 Tailwind Capital Partners LP Column C(1) and line # 143 Tailwind Capital Partners( GP) LP, Column C(1). In addition,the proceeds of the sale of the investments are included on line 132 & 143 from line 155. The invested companies are listed on lines 150 thru 160.

Note # 5
Explanation Section VII
Item # 40,41, 274

The Limited Partnership distributed shares of securities that were purchased and held by the partnership. This information is noted as "Distributed " in Column D(1). The date the shares were distributed is listed in Column D(2). The value in Column D(3) is the distributee's pro rata share of the aqusition cost of the assets by the Limited Partnership, as reported by the General Partner. The transfer relates only to the specific security The entire partnership was not transferred.

Note # 6
Explanation Section VII
Item # 327,329,331

These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships.. These securities are listed as "Spinoff" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in Column D (3) is the distributee's pro rate share of the acqustion costs of the assets by the Limited Partnership, as reported by the General Partner.

Note # 7
Item # 48,210,211,267,292,370,379,380,381,382,383,384.

The Judge's ▮ created two trusts- Trust # 3 and Trust # 4. He is the Grantor and Trustee of these trusts. The income reported by the trusts are taxed to the Grantor. The benficiaries of the trusts are the Judge's ▮ The assets that were transferred to the Trust (item # 380 thur 384) are referenced as a "spinoff" in Section D(1) .

Note # 8
Item # 276,277, 387
The shares of Vocaloctiy were merged into Vonage Holdings Corp, (in exchange for shares of Vonage and cash). The value of the shares distributed are listed on line # 276. The cash received is listed on line# 277. The value of the distributed shares are listed on line # 387 and denoted as "spinoff" in Sec D(1).

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colleen McMahon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544